IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN O'NEILL,<br><br>   *Plaintiff*,<br><br> v.<br><br>CHESTER DOWNS & MARINA, LLC d/b/a HARRAH'S PHILADELPHIA CASINO & RACETRACK d/b/a HARRAH'S PHILADELPHIA, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 15-01902 |

## ORDER

 **AND NOW**, this 8th day of September, 2015, upon consideration of Defendants' motion to dismiss the complaint (ECF. No. 4), Plaintiff's response in opposition (ECF No. 8), and Defendants' reply thereto (ECF No. 10), it is hereby **ORDERED** that Defendants' motion is **DENIED**.

                BY THE COURT:

                /s/ Gerald J. Pappert
                GERALD J. PAPPERT, J.